**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BRENT OTTAWAY, | ) | Civil Action No. 3:21-cv-90 |
| | ) | |
| Plaintiff, | ) | The Hon. Stephanie L. Haines |
| | ) | U.S. District Judge |
| vs. | ) | |
| | ) | |
| SAINT FRANCIS UNIVERSITY, | ) | FILED ELECTRONICALLY |
| | ) | |
| Defendant. | ) | JURY TRIAL DEMANDED |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

AND NOW COME the parties, through respective counsel, and hereby stipulate that the above-captioned action shall be dismissed with prejudice pursuant to FED. R. CIV. PROC. 41, with each party to bear its own costs, expenses, and attorneys' fees.  An Order of Court is attached hereto.

Date:   Dec. 22, 2021

Respectfully Submitted,

| | |
|---|---|
| LIEBER HAMMER HUBER & PAUL, P.C. | JACKSON LEWIS, P.C. |
| | |
| s/James B. Lieber | s/Marla Pressley |
| James B. Lieber | Marla Pressley |
| Pa. I.D. No. 21748 | Pa. I.D. No. 91020 |
| Thomas M. Huber | Emily Town |
| Pa. I.D. No. 83053 | Pa. I.D. No 309881 |
| Jacob M. Simon | 1001 Liberty Ave., Suite 1000 |
| Pa. I.D. No. 202610 | Pittsburgh, PA 15222 |
| 1722 Murray Avenue, 2nd Floor | |
| Pittsburgh, PA 15217 | Counsel for Defendant |
| (412) 687-2231 (tel.) | |
| (412) 687-3140 (fax) | |
| | |
| Counsel for Plaintiff | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk

of Court using the CM/ECF system, which shall serve notice upon the following:

Marla Pressley, Esq.
Emily Town, Esq.
Jackson Lewis, P.C.
1001 Liberty Ave., Suite 1000
Pittsburgh, PA 15222

Counsel for Defendant


s/James B. Lieber_____