IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENT OTTAWAY, | ) | Civil Action No. 3:21-cv-90 |
| | ) | |
| Plaintiff, | ) | The Hon. Stephanie L. Haines |
| | ) | U.S. District Judge |
| vs. | ) | |
| | ) | |
| SAINT FRANCIS UNIVERSITY, | ) | FILED ELECTRONICALLY |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 28th day of December, 2021, it is hereby ORDERED that the above-captioned action is DISMISSED with prejudice, with each party to bear its own costs, expenses, and attorneys' fees.

BY THE COURT:

/s/ Stephanie L. Haines
Stephanie L. Haines
United States District Judge